**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 94 WAL 2022

        Respondent          :

                               :   Petition for Allowance of Appeal

                               :   from the Order of the Superior Court

        v.                   :

                               :

MATTHEW STEPHEN STARR,          :

                               :

        Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 6th day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.